UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62414-BLOOM/Valle

NATALIE MUNOZ,

    Plaintiff,

v.

FIELD-TRIP, LLC, and
BEAUDIT B. BAKENGA,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On December 20, 2016, the Court entered an Order requiring Plaintiff to file proof of service as to Defendants on or before the January 9, 2017 service deadline and advising Plaintiff that failure to file proof of service would result in a dismissal without prejudice without further notice. ECF No. [7]. Plaintiff failed to comply with the Order, and, on January 9, 2017, filed a Motion for Enlargement of Time to Serve Defendants, ECF No. [8], which the Court denied for lack of good cause, ECF No. [9]. Accordingly, as Plaintiff has not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida this 10th day of January, 2017.

_____
**BETH BLOOM
UNITED STATES DISTRICT COURT**

cc: counsel of record